UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CITY OF ELK CITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-998-G |
| ) | |
| CEPHALON, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is the unopposed Motion for Extension of Time (Doc. No. 15) filed on October 7, 2020.  For good cause shown, the Motion is GRANTED, and the Court orders as follows:

(1) The answer or response for the Defendants listed below is due no later than forty-five (45) days after (i) a decision by the Judicial Panel on Multidistrict Litigation granting a motion to vacate a conditional transfer order regarding this action or otherwise finally denying transfer of this action; or (ii) this Court's ruling on any motion to remand this action, whichever is later.

- Endo Health Solutions Inc.
- Endo Pharmaceuticals Inc.
- Watson Laboratories, Inc.
- Actavis LLC
- Actavis Pharma, Inc.
- Watson Pharma, Inc.
- Teva Pharmaceuticals USA, Inc.
- Cephalon, Inc.
- Johnson & Johnson
- Janssen Pharmaceuticals, Inc.
- Ortho-McNeil-Janssen Pharmaceuticals, Inc.
- Janssen Pharmaceutica, Inc.
- Allergan PLC
- Activas PLC
- Watson Pharmaceuticals, Inc.
- Mallinckrodt LLC
- Mallinckrodt PLC
- Teva Pharmaceutical Industries, Ltd.

2

(2) Each Defendant listed above, with the exceptions of Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., shall filed a disclosure statement as prescribed by Federal Rule of Civil Procedure 7.1 or Local Civil Rule 7.1.1 no later than October 15, 2020.

(3) Counsel for Defendants listed above, with the exceptions of Endo Health Solutions and Endo Pharmaceuticals Inc., shall enter their appearance in accordance with Local Civil Rules 17.1 and 83.4 no later than October 15, 2020.

IT IS SO ORDERED this 8th day of October, 2020.

_____
CHARLES B. GOODWIN
United States District Judge