# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CITY OF ELK CITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-20-998-G |
| | ) |
| CEPHALON, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is the unopposed Motion for Extension of Time (Doc. No. 16) filed on October 8, 2020. For good cause shown, the Motion is GRANTED, and the Court orders as follows:

(1) The answer or response for the Defendants listed below is due no later than forty-five (45) days after (i) a decision by the Judicial Panel on Multidistrict Litigation granting a motion to vacate a conditional transfer order regarding this action or otherwise finally denying transfer of this action; or (ii) this Court's ruling on any motion to remand this action, whichever is later.

- CVS Health Corporation
- CVS Pharmacy, Inc.
- Oklahoma CVS Pharmacy, LLC
- Walgreens Boots Alliance, Inc. a/k/a Walgreen Co.

(2) Each Defendant listed above shall filed a disclosure statement as prescribed by Federal Rule of Civil Procedure 7.1 or Local Civil Rule 7.1.1 no later than October 15, 2020.

(3) Counsel for Defendants listed above shall enter their appearance in accordance with Local Civil Rules 17.1 and 83.4 no later than October 15, 2020.

IT IS SO ORDERED this 8th day of October, 2020.

CHARLES B. GOODWIN
United States District Judge